UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEXTIER COMPLETION SOLUTIONS INC., § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> DYNAENERGETICS EUROPE GMBH, *et al*, § <br> § <br> Defendants. § | MISC.ACTION NO. 4:21-MC-1278 |

### NOTICE OF TRANSFER

This case has been TRANSFERRED to Chief Judge Lee Rosenthal for the following reason:

[ X ] Agreement between the judges.

[  ] Bankruptcy-related case reassigned to the judge with the lowest numbered case.

[  ] Recusal.

[  ] Transfer for revocation hearing with related case:

[  ] Other:

Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

**Nathan Ochsner, Clerk of Court**

By: Lisa Edwards
Case Manager to
The Honorable Judge Alfred H. Bennett

Date: June 4, 2021